**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joseph McCoy POWELL, Defendant— Appellant.**

No. 10–6939.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 12, 2010.

Robert Lonnie Cooper, Cooper, Davis & Cooper, Fayetteville, North Carolina, for Appellant. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph McCoy Powell appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Powell,* No. 2:93–cr–00004–BO–1 (E.D.N.C. July 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*